446 A.2d 684

Handler et al., Appellants v. Abrams et al.
Appeal of Edna Abrams.

600

Argued March 22, 1982. John J. Krafsig, for Handler, appellants (at Nos. 28 and 86) and appellees (at Nos. 29, 75 and 85); Ronald Katzman, for Abrams, appellant (at Nos. 29, 75 and 85) and appellee (at Nos. 28 and 86); Jan P. Paden, for Abrams & Sons, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Appeals Nos. 28 and 29 are quashed. In the appeals at No. 75, No. 85 and No. 86 the judgments are affirmed.